**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KAREN BATES,

      Plaintiff,

vs.                                                              No. CIV 08-1013 JB/RLP

NEW MEXICO CORRECTIONS DEPARTMENT, et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 6, 2009 (Doc. 16), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 19, 2009 (Doc. 19).

_____
UNITED STATES DISTRICT JUDGE